No. 92–8328. SHARP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8331. HAYNES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1235. MAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–1553. MESSER v. CITY OF DOUGLASVILLE, GEORGIA. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–8147. HAWORTH v. WYOMING. Sup. Ct. Wyo. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–1316. RABY ET AL. v. M/V PINE FOREST ET AL. C. A. 9th Cir. Motion of Apostleship of the Sea et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–1346. DOWD v. BUTLER ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–8028. SCHACKART v. ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–1428. CHICAGO & NORTH WESTERN TRANSPORTATION Co. v. TEMPLETON. Sup. Ct. Ill. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–1498. WILDER v. EBERHART ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 92–1499. PUT-IN-BAY ISLAND TAXING DISTRICT AUTHORITY v. COLONIAL, INC. Sup. Ct. Ohio. Motion of respondent for award of damages and costs denied. Certiorari denied.